FOIA Summons (1/13) (Page 2)

Civil Action No. 25-cv-xxxx

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pam Bondi, in her official capacity as U.S. Attorney General

was received by me on *(date)*  12/18/2025  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by mailing a copy of the documents listed herein to Pam Bondi, in her official capacity as U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 12/18/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481736208551274348616. Service was signed for on 12/22/2025, return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/22/2025 _____

_____
*Server's signature*

Givonna Stuart, Private Process Server
*Printed name and title*

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Democracy Forward Foundation**
               *Plaintiff(s)*

                                                        vs.                              Case No:1:25-cv-04340-TNM

**U.S. Department of Justice, et al.**
               *Defendant(s)*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Givonna Stuart a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint for Injunctive Relief with Exhibits*

*SERVE TO: Pam Bondi, in her official capacity as U.S. Attorney General*

*SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pam Bondi, in her official capacity as U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 12/18/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481736208551274348616. Service was signed for on 12/22/2025, return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 12/22/2025*

*Givonna Stuart*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14819259*

**UNITED STATES**
**POSTAL SERVICE**

December 22, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9481 7362 0855 1274 3486 16**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 22, 2025, 4:46 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | PAM BONDI  U S  ATTORNEY GENERAL |
| **Actual Recipient Name:** | K JERNIGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Pam Bondi, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cost of Service: $29.45
Reference #: 14819259