UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 25-4340 (TNM) |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant United States Department of Justice and Defendant United States Department of the Treasury ("Defendants"), by and through undersigned counsel, respectfully file their second motion for extension of time to file their answer or otherwise respond to Plaintiff's Complaint. Defendants seek a three-week extension—from February 6, 2026, to February 27, 2026. The Parties' counsel conferred under Local Civil Rule 7(m). Plaintiff opposes the relief sought herein. The good cause supporting this motion is laid out below.

Defendants respectfully submit that there is good cause for the requested extension. First, this Freedom of Information Act ("FOIA") case is complicated in scope. Unlike an ordinary FOIA case involving one FOIA request to one agency, this Complaint involves five FOIA requests submitted to a combination of seven different agencies and/or agency components. Accordingly, the undersigned requires more time to coordinate Defendants' responses because each agency or component handles its own FOIA requests. Because of this, coordination is not as straightforward as a single-agency, single-FOIA request case. Instead, this requires significant

coordination on a draft responsive pleading among several entities and components, as well as sufficient time for internal review within the Department of Justice.  Second, undersigned counsel was just recently assigned to this matter, and due to matters and competing deadlines in other pending cases, undersigned counsel requires additional time to discuss this matter with Defendants and formulate an appropriate filing for the court's consideration.  This additional time will afford Defendants the ability to prepare a more cohesive and comprehensive response, which will benefit the Court in moving the case forward in litigation.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay.  This is Defendants' second request for an extension.  There are no other existing deadlines in this case.  Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff nor will it adversely affect this Court's orderly administration of this matter.  Defendants stand ready to move this litigation forward, but they need additional time to ensure that they are able to adequately prepare a response to the underlying complaint and to allow sufficient time to coordinate among various entities and to ensure review consistent with Department of Justice procedures.

*     *     *

For these reasons, Defendants respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint by three weeks as set forth in the attached proposed order.

Dated: February 2, 2026
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | Civil Action No. 25-4340 (TNM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' Second Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendants' answer or response to the Complaint is extended until February 27, 2026.

SIGNED:

_____         _____
Date                                                   Trevor N. McFadden
                                                           United States District Judge