UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, et al.,<br>Defendants. | Civil Action No. 25-4340 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 8, 2026, Minute Order, Plaintiff Democracy Forward Foundation and Defendants, the Department of Justice and the Department of the Treasury (collectively, the "Parties"), by and through undersigned counsel, respectfully submit the Parties' fourth joint status report.

This case concerns Plaintiffs' five Freedom of Information Act ("FOIA") requests for records submitted on October 23, 2025. *See* Compl. (ECF No. 1). The separate headings below indicate to which agency and/or Department of Justice component Plaintiff sent each FOIA request. The Office of Information Policy ("OIP"), Civil Division ("CIV"), Criminal Division ("CRM"), Justice Management Division ("JMD"), Executive Office of U.S. Attorneys ("EOUSA"), and the Federal Bureau of Investigation ("FBI") are components of the Department of Justice. The FOIA requests sent to the Department of the Treasury were sent to its Bureau of the Fiscal Service ("BFS").

The status of Plaintiff's FOIA requests is as follows. Each agency and/or component reports separately below and speaks only for itself.

## I. Processing of Plaintiff's FOIA Requests

### A. *Payments Request (OIP, CIV, CRM, JMD, Treasury's BFS)*[1]

1. **OIP** previously reported that after internal coordination, it was determined that CIV is the DOJ component that would most likely maintain any potentially responsive records. Therefore, OIP defers to the search conducted, and response issued, by CIV.

2. **CIV** reports that it sent a final response to this request on May 11, 2026. CIV conducted a search and found no records responsive to the request.

3. **CRM** reports that it has executed three searches. CRM's searches are complete, and CRM did not locate any potentially responsive records. CRM sent a final response letter to Plaintiff on May 7, 2026.

4. **JMD** previously reported that it sent a final response to Plaintiff on February 3, 2026. JMD conducted a search and found no records responsive to the request.

5. **Treasury's BFS** reports that it conducted a search of its records and found no records responsive to this FOIA request. BFS sent a final response letter to Plaintiff on July 7, 2026.

### B. *Claims Submitted Request (OIP, CIV, CRM, EOUSA, FBI)*

1. **OIP** reports the same as it reports above in § I.A.1.

2. **CIV** reports that it has completed its search. As previously reported, CIV received 16 consultation pages from another Department of Justice component, and is reviewing the records. All relevant records are pending final review, after which CIV will provide its response.

    a. Given the prolonged delay in the production of these 16 consultation pages, which have been with CIV for consultation for approximately four months, Plaintiff asks

---

[1] The Parties replicate the headings used in Plaintiff's Complaint to delineate these FOIA requests.

that CIV return these pages to the DOJ component that sent them by November 9, 2026. Additionally, given the prolonged delay in the completion of CIV's search, Plaintiff asks that CIV produce all reasonably segregable, non-exempt responsive material by November 9, 2026. To the extent Defendants contend that production by that date is not feasible, Plaintiff asks that CIV provide, by that date, a meaningful estimate of the volume of responsive records remaining to be processed. Plaintiff notes that, in both instances, it is not currently seeking a court-ordered processing schedule, but if there are additional delays or Defendants are unable to provide meaningful information regarding the scope and status of the outstanding records, Plaintiff may consider seeking a firm schedule in the future.

3. **CRM** reports the same it reports above in § I.A.3.

4. **EOUSA** reports that on March 9, 2026, Plaintiff conveyed through counsel that it believes a reasonable search would include the United States Attorneys' Offices of the Southern District of Florida, the Southern District of New York, and the District of Columbia. EOUSA searched these three offices' records. None of the three located responsive records. EOUSA sent Plaintiff a final response July 6, 2026.

5. **FBI** previously reported that it sent Plaintiff a response letter on April 30, 2026, indicating that 45 pages were deemed responsive and that these pages were sent to a non-party agency which has equities in the pages for its statutorily-required consultation. Although FBI has no control over how soon the non-party agency will return these records, FBI requested a response within 30 days; FBI will periodically check in on the status of the records sent for consultation. Upon return of these pages from the non-party agency, FBI subject matter experts will need to review the pages

(typically taking 30 days) before issuing a final response on these pages to the Plaintiff. On June 30, 2026, FBI sent Plaintiff a letter describing this status.

a. Given the prolonged delay in the production of this small volume of records, which have been out for consultation for approximately four months, Plaintiff asks that FBI produce all reasonably segregable, non-exempt responsive material responsive by November 9, 2026. Plaintiff notes that it is not currently seeking a court-ordered processing schedule, but if there are additional delays, Plaintiff may consider seeking a firm schedule in the future.

C. *Ethics and Recusals Request (OIP and JMD)*

1. **OIP** reports that it conducted an initial records search but intends to defer to JMD's search and response inasmuch as the DOJ Departmental Ethics Office for senior leadership is located within JMD. Additionally, as noted below, OIP processed a consultation of records from JMD.

2. **JMD** previously reported that searches were conducted and 38 pages of potentially responsive records were located. The records contain equities that concern senior leadership of the Department of Justice. As a result, the records were sent to OIP for consultation. During that consultation, it was determined that only two pages of the records sent were responsive to the FOIA request. Thereafter, JMD conducted its final review. It issued a final response to Plaintiff on August 31, 2026.

D. *Civil Division Communications Request (CIV)*

1. **CIV** reports that it has completed its search for this request, based on the agreed-upon limitation on the subject matter of the request as to the responsive communications with the White House. As previously reported, CIV issued an interim response to this request on June 15, 2026. CIV is preparing its next interim response.

a. Plaintiff requests that CIV make its next interim production of all reasonably segregable, non-exempt responsive material by November 9, 2026. To the extent Defendants contend that production by that date is not feasible, Plaintiff asks that they provide, by that date, a meaningful estimate of the volume of responsive records remaining to be processed and a schedule for processing. Plaintiff notes that it is not currently seeking a court-ordered processing schedule, but if there are additional delays or Defendants are unable to provide meaningful information regarding the scope and status of the outstanding records, Plaintiff may consider seeking a firm schedule in the future.

E. *OIP Communications Request*

1. **OIP** previously reported that it completed its initial responsiveness review and deduplication of the search results returned. OIP has completed initial processing of all potentially responsive material and is currently consulting with other Executive Branch equity holders on the materials. OIP will provide its response once the consultation process is completed.

***

In consideration of the foregoing, the Plaintiff respectfully proposes that the Court permit the Parties to submit another joint status report in sixty-one days, on November 9, 2026, and Defendant respectfully proposes the next joint status report in ninety days, on December 8, 2026, updating the Court on the status of the processing of Plaintiffs' FOIA requests.

Dated: September 9, 2026
Washington, D.C.

/s/ Anisha Hindocha
Anisha Hindocha (D.C. Bar No. 1725159
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org
*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Mason D. Bracken
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*